IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL CASSELL,**<br>Plaintiff,<br><br>v.<br><br>**THE COUNTY OF MONTGOMERY, PENNSYLVANIA, MONTGOMERY COUNTY DOMESTRIC RELATIONS, THE COUNTY OF RAMSEY MINNESOTA, OLIVIA J. SEWARD, JENNIFER KEKKING AND JULIE LA FLEUR,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 17-1077** |

# O R D E R

**AND NOW**, this 13th day of June, 2017, upon consideration of the motions to dismiss filed by Montgomery County Domestic Relations ("MCDR") (ECF 7), Jennifer Hekking and Montgomery County, Pennsylvania (ECF 12), and Julie LaFleur (ECF 13), Plaintiff's responses thereto (ECF 11, 19, 21), Plaintiff's motion for a preliminary injunction (ECF 2, 3) and the responses thereto filed by MCDR (ECF 6), Hekking, and Montgomery County (ECF 17), **IT IS ORDERED** that:

1. Said motions to dismiss are **GRANTED** for the reasons set forth in the accompanying opinion. Plaintiff's claims are dismissed with prejudice as against MCDR, Hekking, Montgomery County, and LaFleur.

2. Plaintiff's motion for preliminary injunction is **DISMISSED AS MOOT**.

3. It is **ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

                                              **BY THE COURT:**

                                              **/s/Wendy Beetlestone, J.**

                                              _____
                                              **WENDY BEETLESTONE, J.**